IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM S. FREIS, Individually and as Personal Representative of the Estate of Lynette M. Freis, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., BUNZL DISTRIBUTION USA, INC., HILEX POLY CO, LLC,<br><br>Defendants. | 8:13CV268<br><br>ORDER |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 23).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, November 5, 2013, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

Dated this 16th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court