IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM S. FREIS, Individually)
and as Personal Representative)
of the Estate of Lynette M.   )
Freis, Deceased,              )
                              )
           Plaintiff,         )        8:13CV268
                              )
      v.                      )
                              )
WAL-MART STORES, INC., BUNZL  )        ORDER
DISTRIBUTION, and HILEX POLY  )
CO., LLC,                     )
                              )
           Defendants.        )
_____)
```

This matter is before the Court on the motion to withdraw as counsel of record for plaintiff (Filing No. 33). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Gage R. Cobb is deemed withdrawn as counsel of record for plaintiff. The clerk of court shall remove said attorney from receiving CM/ECF notifications in this case.

DATED this 2nd day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court