IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM S. FREIS, Individually )
and as Personal Representative )
of the Estate of Lynette M.    )
Freis, Deceased,               )
                               )
          Plaintiff,           )       8:13CV268
                               )
     v.                        )
                               )
WAL-MART STORES, INC., BUNZL   )       ORDER
DISTRIBUTION, and HILEX POLY   )
CO., LLC,                      )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion to extend deadline for expert disclosures (Filing No. 38) and the parties' joint stipulation as to expert disclosure dates (Filing No. 39).  Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted.  Plaintiff shall have until March 7, 2014, to disclose expert witnesses.

2) Defendants shall have until May 9, 2914, for disclosure of their experts.

3) The date for disclosure of rebuttal experts is extended by eighteen days.

4) Plaintiff's motion to extend deadline for expert disclosures is denied as moot.

DATED this 21st day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court