IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM S. FREIS, Individually and as Personal Representative of the Estate of Lynette M. Freis, Deceased, ) ) ) ) | | |
| Plaintiff, ) | 8:13CV268 | |
| v. ) | | |
| WAL-MART STORES, INC., BUNZL DISTRIBUTION, and HILEX POLY CO., LLC, ) ) ) | ORDER | |
| Defendants. ) | | |

      This matter is before the Court on plaintiff's motion to amend complaint (Filing No. 45).  The Court notes the opposing parties have no objection.  Accordingly,

      IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until April 18, 2014, to file an amended complaint.  Defendants shall have rule time to respond thereto.

      DATED this 10th day of April, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom

                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court