IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM S. FREIS, Individually and as Personal Representative of the Estate of Lynette M. Freis, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC., BUNZL DISTRIBUTION, and HILEX POLY CO., LLC,<br><br>        Defendants. | 8:13CV268<br><br>ORDER |

This matter is before the Court on the joint motion of the parties to extend progression order deadline for defendants to designate and disclose expert opinions (Filing No. 51). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendants shall have until June 9, 2014, to disclose expert opinions.

DATED this 2nd day of May, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court