IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM S. FREIS, Individually )
and as Personal Representative )
of the Estate of Lynette M.    )
Freis, Deceased,               )
                               )
            Plaintiff,         )       8:13CV268
                               )
      v.                       )
                               )
WAL-MART STORES, INC., BUNZL   )       ORDER
DISTRIBUTION, and HILEX POLY   )
CO., LLC,                      )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the notice of settlement (Filing No. 57). The Court notes the settlement must be approved by the County Court in Cass County, Nebraska. Accordingly,

IT IS ORDERED:

1) This action is stayed until October 3, 2014.

2) If the action has not been dismissed, the parties shall file a joint status report on or before October 10, 2014, as to the status of the state court proceeding.

DATED this 1st day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court