IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM S. FREIS, Individually and as Personal Representative of the Estate of Lynette M. Freis, Deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV268 |
| v. | ) ) | |
| WAL-MART STORES, INC., BUNZL DISTRIBUTION, and HILEX POLY CO., LLC, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint status report (Filing No. 59). The Court notes the parties request the stay be continued for thirty days to give them time to file the dismissal documents. Accordingly,

IT IS ORDERED:

1) This action is stayed until November 17, 2014.

2) If the action has not been dismissed, the parties shall file a joint status report on or before November 21, 2014.

DATED this 10th day of October, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court