IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM S. FREIS, Individually )
and as Personal Representative )
of the Estate of Lynette M.    )
Freis, Deceased,               )
                               )
          Plaintiff,           )           8:13CV268
                               )
     v.                        )
                               )
WAL-MART STORES, INC., BUNZL   )           ORDER
DISTRIBUTION, and HILEX POLY   )
CO., LLC,                      )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 61). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. This action is dismissed with prejudice.

DATED this 4th day of November, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court